Your Name: Shreya Sinha

Address: 41549 Trenouth St, Fremont, CA 94538

Phone Number: 4086904725

Fax Number:

E-mail Address: sinhaashreya@gmail.com

Pro Se Plaintiff

⑤
SMC
LSS
C

**FILED**

OCT 01 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shreya Sinha<br><br>Plaintiff,<br><br>v.<br><br>Apple Inc.<br><br>Defendant. | Case Number   [leave blank]<br><br>C **24 06878** NC<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes ✔      No ☐ |

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Shreya Sinha

Address: 41549 Trenouth St, Fremont CA 94538

Telephone: 4086904725

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Appe Inc.

Address: 1 Apple Parkway, Cupertino CA

Telephone: 4089961010

COMPLAINT                            Page 1 of 8                            UPDATED 6/2024

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

_____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

**VENUE**

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity **and** I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in _Santa Clara_ County, it should be assigned to the _San Jose_ Division of this Court.

## STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

6. According to ADA, I am a disabled employee. I have Fibromyalgia and according to the Doctor's letter I have the following restrictions/needs:

7. The impairment prevents the patient from performing one or more major life activities.
-The patient has permanent restrictions as listed below:
She manages pain by doing stretches every 2 hours.
Needs to get up every hour and move around to manage pain.
Also needs to lie down every 3 hours for 15-20 minutes.

8. Also needs to lie down every 3 hours for 15-20 minutes.
Needs to keep legs up while working
Needs to do warm compresses for my tender points as needed every 8 hours

9. I was working remotely for Apple from 7/27/2018.

10. Nov, 2022- My manager, John Rudden asked me to start coming to the office 3 days a week. I informed my manager about my disbility and he told me that Apple's accommodation team will reach out to me.

11. Jan, 2023- Ms Shauntesh Radcliff from Apple's accommodation team reached out to me to gather information regarding my condition and asked me for Doctor's letter regarding the needs/restrictions for my condition.

12. Feb, 2023- I submitted my doctor's letter and Ms Shauntesh and Ms Yvette Birner from HR met with me in a vido call to discuss my condition and explained what accommodation will be offered to me by Apple.

13. 3/6/2023- I emailed Ms Yvette asking to confirm the agreed upon accommodation and I was told that when I arrive in the office, the admin will show me an alternate location where I can lie down if needed.

14. 3/7/2023- I went to the office but the agreed upon accommodation was not present in my office. I checked with admin, Ms Jamie Garcia regarding the alternate location where I can lie down, but she told me there was no location in the office where I could lie down. She was surprised and told me that she was not informed to arrange any location for me.

15. 3/7/2023- I emailed Ms Yvette from the office that I was in pain and there is nowhere I can lie down and I was in pain but nothing was done to accommodate me. My pain started increasing, I was unable to work so I came back home to rest and informed my manger that I had to go back home as I was not well.

16. 3/8/2023- My condition worsened and I emailed my manager that I was sick and out of office. As it was work injury due to lack of agreed upon accommodation, according to Apple's policy, my manager filed an incident report for worker's compensation claim. Ms Yvette was also aware of my sick leave as my manager has cc'd her in the reply email and she also replied.

17. Sedgwick is a company Apple works with for workers' compensation claim, disability/leave of absence case, or other claim inquiry.

18. 3/13/2023- Sedgwick emailed me that they have received my worker's compensation claim through my manager's report

19. 3/15/2023- Sedgwick called me to discuss regarding the claim and told me that they will now be taking over this and will communicate Apple of every development.

20. 3/17/2023- Sedgwick emailed me to check whether I was working or not and if I am taking any further treatment. I replied that I was taking further treatment and was not able to work since 3/7/2023.

21. 3/17/2023- I received the termination of employment email from my manager in which Ms Yvette was also cc'd.

22. The email mentioned that as of 3/17/2023 , I still had not returned to work so I am being terminated.

23. I replied to that email that I had informed John as well as Yvette that I was sick and out of office, a worker's compensation was filed and I was under treatment so how can I come to office . I even asked that which policy says that employee needs to come to the office when the employee is sick.

24. But, my termination was not canceled.

25. As was advised in the termination email, I reached out to Apple's People Support team for the decision review of my termination.

26. Still, nothing was done.

27. I filed a complaint with EEOC and EEOC provided me the right to sue on July 11, 2024

# CLAIMS

## First Claim

Name the law or right violated: Discrimination against disability according to The American Disability Act (ADA)

Name the defendants who violated it: Apple Inc

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The American Disability Act prohibits discrimination against people with disabilities in several areas, including employment, transportation, public accommodations, communications and access to state and local government' programs and services.

The defendent has discriminated me based on my disability.

I was working remotely for Apple from Juyl 27, 2020 and since there was no need, I hadn't informed Apple of my disability.

Jan 2023- I informed my manager John Rudden and HR of Apple regarding my disability when I was told to come physically to the office 3 days a week.

Mar, 2023- I was terminated from Apple without any valid reason.

Shortly, after I informed Apple regarding my disability, they terminated my employment.

_____ **Second** _____ **Claim**

Name the law or right violated: Violation of ADA- Failure to provide reasonable accommodation according to ADA

Name the defendants who violated it: Apple Inc.

The defendent didn't provide me agreed upon resonable accommodation for my disability and called me into the office.

I requested the accommodation for my disbility, Apple promised to provide these but when I returned to work, the reasonaonable accommodation was not present.

I sustained work injury due to lack of agreed upon accommodation and was sick and out of office.

I had informed my manager and had filed worker's compensation claim according to Apple's policy.

I was fired while I was out of office taking treatment for my work injury claiming that I was unauthorized absent.

**COMPLAINT**                    Page 6 of 8                    UPDATED 6/2024

Copy this page and insert it where you need additional space.

Third Claim

Name the law or right violated: Wrongful termination and retaliation

Name the defendants who violated it: Apple Inc.

The defendant retaliated when I filed a medical leave due to the work injury that I received due to lack of agreed upon reasonable accommodation and also retaliated for requesting reasonable disbility accomodation

I was terminated from my employment without any valid reasons.

COMPLAINT                    Page 7 of 8                    UPDATED 6/2024

## DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

I request the court to order the defendent to give me my job back with compensation for the loss of pay after my wrongful termination.

I request the court to order the defendent to provide me compensation for making me and my family go though this as it has caused a lot of mental, emotional, and physical stress for me and my family.

## DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

[✔] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 09/27/2024    Sign Name: _Shreya Sinha_

Print Name: Shreya Sinha

COMPLAINT                    Page 8 of 8                    UPDATED 6/2024