UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREYA SINHA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 24-cv-06878-EKL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE MOTION TO DISMISS** |

Plaintiff, proceeding pro se, filed this suit alleging disability discrimination and violations of the Americans with Disabilities Act. ECF No. 1. Defendant filed a motion to dismiss on October 31, 2024. ECF No. 7. Plaintiff's opposition or other response to the motion to dismiss was due by November 14, 2024. As of the date of this Order, Plaintiff has not filed an opposition or other response.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 6, 2025, why the case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Alternatively, Plaintiff may file an opposition or response to the motion to dismiss by January 6, 2025. If Plaintiff files an opposition by that date, Defendant may file a reply by January 13, 2025.

**If Plaintiff fails to file an opposition or other response to the pending motion to dismiss by January 6, 2025, this action will be DISMISSED for failure to prosecute**. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 16, 2024

Eumi K. Lee
United States District Judge